UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

04    10085    JLT

GREG MORGAN
Plaintiff

MAGISTRATE JUDGE

V.

XPEDX, INC.,
Defendant

CIVIL ACTION NO.

FILED
IN CLERKS OFFICE

2004 JAN 14  P 12: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMOUNT $ 160
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. TDM
1/14/04

## COMPLAINT

1.    The plaintiff, Greg Morgan ("Morgan"), resides at 459 Avenue A in Horsham, Pennsylvania.

2.    The defendant, XPEDX, Inc. ("Defendant") is a corporation with headquarters located in Loveland, Ohio, and with a place of business in Wilmington, Massachusetts.

3.    This Court has jurisdiction pursuant to 28 U.S.C. §1332, because there is a diversity of citizenship and the amount in controversy exceeds $75,000.

## COUNT I

4.    On August 15, 2003, Morgan delivered a truckload of freight to the Defendant's business premises in Wilmington, Massachusetts.

5.    While unloading freight, Morgan was injured due to the negligent acts of Defendant's employee.

6.    As a direct and proximate result of the Defendant's negligence, Morgan sustained a crush injury to his left foot causing permanent impairment.  As a result, Morgan has incurred expenses for medical care and treatment; will incur future medical expenses; has suffered and will continue to suffer great pain of body and mind; has suffered and will continue to suffer

emotional distress; has suffered lost wages and loss of earning capacity, and has been otherwise damaged.

WHEREFORE, the plaintiff, Greg Morgan, demands judgment against the Defendant for his personal injuries, pain and suffering, emotional distress, loss of earning capacity, lost wages, medical expenses, loss of services, loss of enjoyment of life together with interest, costs and attorneys fees.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL OF THE ISSUES**

PLAINTIFF GREG MORGAN

By his Attorney,

Matthew P. McCue, Esq.
BBO #565319
THE LAW OFFICE OF
MATTHEW P. MCCUE
179 UNION AVE.
FRAMINGHAM, MA 01702
Phone: (508) 620 1166