UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREG MORGAN<br>Plaintiff<br><br>V.<br><br>XPEDX, INC.,<br>Defendant | CIVIL ACTION NO. 04-10085 JLT |

## AFFIDAVIT OF SERVICE AND COMPLIANCE WITH MASSACHUSETTS LONG ARM STATUTE, M.G.L. 223A, §6

I, Matthew McCue, Esquire, hereby certify that on January 20, 2004, I served a summons returnable to this Court and copy of the Complaint upon the defendant XPEDX, Inc., by certified mail, addressed to its President, Richard B. Lowe, at corporate headquarters at 6285 Tri-Ridge Blvd. Loveland, Ohio 45140. The original return receipt is attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5TH DAY OF FEBRUARY, 2004.

_____
Matthew P. McCue