UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREG MORGAN<br><br>    Plaintiff,<br><br>        v.<br><br>XPEDX, INC.<br><br>    Defendant. | CIVIL ACTION<br>NO. 04-10085-JLT |

## ANSWER OF XPEDX, INC.

Defendant, XPEDX, Inc. ("XPEDX"), hereby responds to plaintiff's Complaint as follows:

1. XPEDX is without sufficient information to form a belief as to the veracity of the allegations contained in this paragraph and therefore denies same.

2. Admitted.

3. XPEDX admits that there is a diversity of citizenship between the parties and that plaintiff seeks damages in excess of $75,000. XPEDX denies any remaining allegations contained in this paragraph.

### COUNT I

4. XPEDX admits that, on or about August 15, 2003, plaintiff made a delivery to XPEDX's Wilmington, MA location. XPEDX denies any remaining allegations contained in this paragraph.

5. Denied.

6. Denied.

## DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery from XPEDX because if plaintiff was harmed, that injury was caused by plaintiff's own conduct or by the conduct of third parties for whom XPEDX is not responsible.

### THIRD AFFIRMATIVE DEFENSE

XPEDX has not breached its obligations and duties, if any, to the plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by plaintiff's contributory or comparative negligence.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate damages.

WHEREFORE, XPEDX requests that judgment be entered in its favor on each count of plaintiff's Complaint and that XPEDX be awarded its costs, including reasonable attorneys' fees, and any other relief the Court deems just and proper.

Respectfully submitted by,

XPEDX, INC.,

by its attorneys,

_____
John R. Skelton, BBO# 552606
William F. Benson, BBO# 646808
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: February 19, 2004

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail on February 19, 2004.

_____
William F. Benson