UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREG MORGAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XPEDX, INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 04-10085-JLT |

**JOINT STATEMENT SUBMITTED PURSUANT TO**
**FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiff, Greg Morgan, and Defendant, XPEDX, Inc., submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1.

A. **Concise Statement**

On August 15, 2003, the plaintiff truck driver delivered a shipment to the warehouse of the defendant. While unloading freight, the plaintiff alleges that defendant's employee negligently operated a fork lift so as to cause him to sustain serious personal injuries, resulting in surgery, a long term of disability, and permanent impairment. The defendant denies that it was negligent and asserts, among other things, that if plaintiff was harmed, that injury was caused by plaintiff's own conduct or by the conduct of third parties for whom defendant is not responsible.

B. **Proposed Agenda for Scheduling Conference**

The parties joint propose that the agenda for the Local Rule 16.1(A) scheduling conference include a discussion of the following topics:

1. Proposed discovery and expert discovery plan;
2. Proposed schedule for filing of motions, including dispositive motions;

LITDOCS:549981.1

3. Hearing dates for potential motions;

4. Proposed trial date;

5. Possible mediation; and

6. Settlement/alternative dispute resolution.

### C. **Proposed Discovery Plan**

The parties jointly propose that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(c) and take place in accordance with the following schedule.

| **Event** | **Date** |
| --- | --- |
| Initial Disclosures and Document Exchange | served by June 1, 2004 |
| Document requests | served by August 1, 2004 |
| Interrogatories | served by August 1, 2004 |
| Amendments to Pleadings Joinder of Additional Parties | served by September 1, 2004 |
| Expert Reports as required Fed. R. Civ. P. 26(a)(2) | served by January 1, 2005 |
| Depositions of fact witnesses (including document subpoena) | Depositions may commence after compliance with automatic discovery and will be completed by December 31, 2004. |
| Depositions of expert witnesses | completed by March 1, 2005 |
| All other discovery | completed by March 1, 2005 |

### D. **Motions**

All dispostiive motions to be filed no later than April 1, 2005.

-2-

E.  **Pretrial and Trial**

Final Pretrial Conference on April 1, 2005, if no dispositive motions are filed or, in the alternative, at the Court's earliest convenience after rulings have been made should dispositive motions be filed.

F.  **Certifications**

The certifications required by Local Rule 16.1(D)(3) are attached hereto or will be filed separately on or before the day of the conference.

G.  **Mediation and Trial by Magistrate**

The parties agree to consider mediation on an ongoing basis as an option for the resolution of this matter. At this time, the parties do not consent to trial before a United States Magistrate Judge.

Respectfully submitted,

| XPEDX, INC. | GREG MORGAN |
| by its attorneys, | by his attorney, |

| _/s/ William F. Benson_ | _/s/ Matthew P. McCue (w/p)_ |
| John R. Skelton, BBO # 552606 | Matthew P. McCue, BBO #565319 |
| William F. Benson, BBO # 646808 | The Law Office of Matthew P. McCue |
| BINGHAM MCCUTCHEN LLP | 179 Union Avenue |
| 150 Federal Street | Framingham, MA 01702 |
| Boston, MA 02110 | (508) 620-1166 |
| (617) 951-8000 | |

Dated:  May 19, 2004