UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREG MORGAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XPEDX, INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 04-10085-JLT |

### XPEDX, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATE

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

XPEDX, INC.
by its attorneys,

_/s/ Will F. Benson_
John R. Skelton, BBO # 552606
William F. Benson, BBO # 646808
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: May 28, 2004

XPEDX, INC.
by,

_/s/ James P. Barry_
James Barry, Chief Counsel
Business and Employment Litigation
International Paper Co., d/b/a XPEDX
Memphis, TN
(901) 419-3836

LITDOCS:551306.1

**BINGHAM McCUTCHEN**

William F. Benson, Esq.
Direct Dial: 617-951-8659

FILED
IN CLERKS OFFICE

2004 JUN -2 P 12: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

June 1, 2004

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

**BY FIRST-CLASS MAIL**

Civil Clerk
U.S. District Court,
   District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

*RE:*   *Greg Morgan v. XPEDX, Inc., Civil Action No. 04-10085-JLT*

Dear Sir or Madam:

Enclosed for filing, please find XPEDX, Inc.'s Local Rule 16.1(D)(3) Certificate. Thank you for your assistance with this request.

Sincerely,

William F. Benson

William F. Benson

Enclosure

cc:   Matthew McCue, Esq. (via first-class mail)
      John R. Skelton, Esq.
      (each w/ encl.)

LITDOCS:553967.1