UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GREG MORGAN** <br><br> Plaintiff, <br><br> v. <br><br> **XPEDX, INC.** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-10085-JLT ) <br> ) <br> ) <br> ) |

### Rule 16.1(D)(3) Certification

We certify that we have discussed this litigation at length with a view to establishing a budget for the full course of this litigation, and have discussed various courses of the litigation. We further certify that we have discussed the potential of resolving this dispute via alternative dispute resolution.

_____
Matthew P. McCue, Esq.

Date: 6-1-04

_____
Greg Morgan

Date: 5-27-04

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GREG MORGAN** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**XPEDX, INC.** )<br>)<br>Defendant. ) | **CIVIL ACTION<br>NO. 04-10085-JLT )** |

### Rule 26.1(B)(1) Disclosure

    I certify that an itemization of my economic losses incurred due to the incident at issue is set forth at Section C of my Rule 26 Initial Disclosure. Documents evidencing this itemization have also been provided by my counsel to the defendants. I note that this certification is incomplete as my counsel has yet to obtain the medical records and bills from my recent surgery and hospitalization.

    I certify that all individuals who witnessed the incident at issue, or are believed by myself, or my counsel, to have substantial discoverable information relating to this case, are identified at Section B of my Rule 26 Initial Disclosure.

    I certify that neither I nor my counsel have obtained any statements relating to this case from any opposing party or from any officer, director or employee of any opposing party.

    I certify that, to my knowledge, no governmental agency or official has investigated the facts relating to the incident at issue in this litigation.

_/s/ Greg Morgan_
Greg Morgan

Date: 5-27-04