UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GREG MORGAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10085-JLT |
| | * | |
| | * | |
| XPEDX, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

June 8, 2004

TAURO, J.

After the Conference on June 8, 2004, this court hereby orders that:

1. Plaintiff may depose the following individuals: (1) Peter Mastrodomenico, (2) Rich Wedge, (3) Ray Sheppard, (4) Todd King, and (5) Dave Pitzold;

2. Plaintiff may also conduct a Fed. R. Civ. P. 30(b)(6) deposition of Defendant;

3. Defendant may depose Plaintiff;

4. Defendant must provide Plaintiff with the personnel file of Dave Pitzold;

5. The abovementioned discovery must be completed by October 29, 2004; and

6. The Parties are to appear before this court for a Further Conference on November 10, 2004 at 10:30 a.m.

IT IS SO ORDERED.

/S/ Joseph L. Tauro
United States District Judge