UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREG MORGAN<br><br>Plaintiff,<br><br>v.<br><br>XPEDX, INC.<br><br>Defendant. | CIVIL ACTION<br>NO. 04-10085-JLT |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties by their respective counsel hereby stipulate that this action, including all claims asserted therein, be dismissed with prejudice, with each party to bear its own costs and attorneys' fees and all rights of appeal waived.

Respectfully submitted,

XPEDX, INC.

by its attorneys,

_____
John R. Skelton, BBO # 552606
William F. Benson, BBO # 646808
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: November ___, 2004

GREG MORGAN

by his attorney,

_____
Matthew P. McCue, BBO #565319
The Law Office of Matthew P. McCue
179 Union Avenue
Framingham, MA 01702
(508) 620-1166

LITDOCS/575576.1